<u>UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Circuit Court DIVISION

David Dorsey

ADC # _____

(Enter above the <u>full</u> name of the plaintiff or plaintiffs in this action.)

CASE NO. 3:02cv00360 SMR

v.

Robert Langston

Phillip Bailey

Robert Bretherick

(Enter above the <u>full</u> name of the defendant or defendants in this action.)

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ☐  No ☒

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a. Parties to this lawsuit:

    Plaintiffs: _____

    _____

    Defendants: _____

   b. Court (if federal court, name the district; if state court, name the county):

    _____

c. Docket Number: _____

d. Name of judge to whom case was assigned: _____

e. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

f. Approximate date of filing lawsuit: _____

g. Approximate date of disposition: _____

II. Place of present confinement: <u>Crittenden County Detention facility 350 Afco Rd. West Memphis</u>

III. At the time of the alleged incident(s), were you:
(check appropriate blank)

☒ in jail and still awaiting trial on pending criminal charges

☐ serving a sentence as a result of a judgment of conviction

☐ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

<u>I were on the streets at my Residence.</u>
<u>206 S. 11 Street W.M. Ark 72301</u>

IV. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ☒   No ☒

B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: <u>I dont quite understand how to go by the proceedures.</u>

2

V.  Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: David Dorsey
    Address: 206 S. 11 street
    West Memphis, Ark. 72301

    Name of plaintiff: _____
    Address: _____

    Name of plaintiff: _____
    Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Robert Langston
    Position: West Memphis narcotics force
    Place of employment: West Memphis Police Department
    Address: _____

    Name of defendant: Phillip Bailey
    Position: West Memphis narcotics force
    Place of employment: West Memphis Police Department
    Address: _____

    Name of defendant: Robert Bretherick

3

Position: Cheif Jailor

Place of employment: Critenden County Detention facility
Crittenden County Sheriff Department

Address: 350 Afco Rd. W.M. Ark.

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

VI. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Robert Langston and Phillip Bailey stopped me at 206 S. 11 street W.M. Ark. searched me without a warrent and my vehicle arrested me on drug charges. Drove my vehicle away from my residence. Sent me proof of service papers four days later with my last vin number changed and the arrest site wrong.

VII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the court to investagate my cases and appoint me a lawyer that can help me fothermore with my cases. from 1997 to now.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27 day of October, 2002.

4

_David Dorsey_

Signature(s) of plaintiff(s)

I have another hearing date 11-13-
I will be in court on the 28 of oct. 2002.                    10:00
I need about 4 more 1983 forms
I would like a appointed lawyer from the District court
To help me followup on my cases.

My name is David Dorsey officer hangston and Bailey stopped me at my residence. Went in my pockets got my keys to my vehicle. Searched me they say the found drugs in my shoes. They arrested me took me to jail and drove my vehicid away. I sat 4 day in Jail they came to me with some Deeds of service papers in them. My host vin number was changed from a 0 to a 5. And they are trying to say the stopped me on Interstate-40. Officer Bailey once were working for the West Memphis Utility Company. He pulled up on me at my residence offering me drug to sell for him. Saying that he had a Quarter of a kilo. If I was to run out of dope come shop with him. He had street clothes but in a Police car. I showed hangston them paper I got when I bonded out. I said this is wrong, He said you can get you truck back just call me I think he wants me to set up someone with drugs. Now I am in the Crijtenden County Jail around aids, misdemeaners, staff diesease and no recreations of any kind. The drinking water tast like dirt or rust. I have stitches in my leg that has been there for about four week now I can't see the doctor when I want too. We don't have t.v.'s my back hurts from indoor bedding. I don't have any money all I have is 28.00 on my books and I don't know were that comes from. I lost the little Job I had and a child I was taking care of she is with her mother Rhonda Renee Jeffries in little Rock her number is 501-541-1538 I have been taking care of her for five years wife her mother was in rehab.

10-28-02

To whom it my Concern.

My name is David Dorsey. And I went to court on the 28 of Oct. 2002. They said my charge was none dismissed so I'm thinking the guy who press charges must have drop them but I'm still in jail. They wont let me out. I think they are trying to hold me until the state pick up His charge of aggravated robbery. The plaintiff was not in court. Could the court please investigate His case cr.2003-75c and this other case cr 2003-70. Because the arresting officers took a vehicle from my residence.


for no apparent reason. They
found drugs in my shoes not
in my vehicle. I were on
the outside of it. Then they
changed my vin number from a
zero to a five. And said I
were arrested on I-40 when
I were at home. I didn't see
a warrent or no lights were read
to me. Now I Think I have to
pay for my vehicle back when it
should not have been moved. The
officer said I will have to set up
someone R. Langston is his name.
I would like a lawyer from the
District court to represent me. Because
from the looks of the crookedness

2

going on down in Crittenden County,
I could get him or her some
money from a law suit. And
that I do have all I need is
the right help from the right
people. Just investegate the
CR.2003-70 case and you
will see how they are doing
use here like we don't have
any sence. They keep doing
use like this because we let
so much they have done get by.
Like me indictment case back
in 1997.

David Dorsey
David Dorsey

3

These are addresses and numbers were I could be found if I get out.

Sylvia or Marie Turner
870-702-6718

Rhonda Jeffries 501-541-1538

Vache Johnson 901-921-1805

870-537-4810 7123 South County Rd. Tyronza, Ark. 72386